UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FILED**

2010 FEB -4 PM 1: 13

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 08-53228 |
| | ) | |
| SAYLOR, KATHLEEN S. | ) | CHAPTER 7 |
| | ) | |
| Debtor (s) | ) | JUDGE MARILYN SHEA-STONUM |

## TRANSMITTAL OF UNCLAIMED FUNDS

ROBERT S. THOMAS, II, Trustee of this estate, reports the following:

1.    Ninety days have passed since final distribution was made in this case. A stop
payment has been issued on all checks remaining unpaid. The names of the
persons to whom such un-negotiated checks were issued, the amount of such
check and their last known addresses are:

| Claim No. | Name and Address | Claim Amount | Dividend Amount |
|---|---|---|---|
| #3 | Stephen J. Lamb<br>c/o James R. Russell, Jr.<br>Attorney at Law<br>11 S. Forge St.<br>Akron, OH 44304 | $3,743.19 | $1,232.54 |

*ck # 109*
*receipt # 81252*

2.    My Trustee's check for $1,232.54  payable to the Clerk of the United States
Bankruptcy Court is attached to this report and list.

3.    Nothing further remains to be done in this case.

Date:   February 3, 2010

ROBERT S. THOMAS, II
Trustee in Bankruptcy